FILED

11/26/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0479

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0479

_____

STATE OF MONTANA,

Plaintiff and Appellee,

v.                                                                        O R D E R

GREGORY D. MELLAND,

Defendant and Appellant.

_____

On August 13, 2024, Appellant filed a Notice of Appeal in this matter. In that Notice, Appellant asserted that transcripts had been ordered in accordance with M. R. App. P. 8(3). On September 17, 2024, the District Court record was filed in this Court. To date, no transcripts have been filed.

IT IS ORDERED that, on or before December 27, 2024, Appellant shall file a report on the status of this appeal. Failure to file a status report within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide a copy of this Order to all parties and to court reporters Ryan Hickey and Deirdre Taber.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 26 2024